

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00166-CR

KARLA LAJEAN CREOLLO A/K/A
CARLA LAVEAN CREOLLO

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Karla LaJean Creollo a/k/a Carla LaVean Creollo attempts to appeal from her conviction for possession of less than one gram of methamphetamine. Creollo pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced her to seven months' confinement in state jail. The trial court's certification of her right to appeal states

---

[1]*See* Tex. R. App. P. 47.4.

that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Additionally, Creollo signed a waiver of her right to appeal.

On April 23, 2012, we notified Creollo that this appeal may be dismissed based on the trial court's certification unless she or any party desiring to continue the appeal filed a response on or before May 3, 2012, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). We received no response.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 24, 2012